# Court of Appeals
# of the State of Georgia

ATLANTA,  March 05, 2024

*The Court of Appeals hereby passes the following order:*

**A23A1513.  UNITED NATIONAL BANK et al. v. MAI SERVICES, LLC et al.**

This Court affirmed the grant of summary judgment in the direct appeal in this case.  See Case No. A23A1512.  Accordingly, we dismiss this cross-appeal as moot.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,*  03/05/2024

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.